DANIEL J. BRODERICK, Bar #89424
Federal Defender
LINDA HARTER, Bar #179741
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
MARGARET LORRAINE WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-07-200 WBS | |
| Plaintiff, ) | | |
| ) | STIPULATION AND ORDER | |
| v. ) | CONTINUING STATUS CONFERENCE | |
| ) | AND EXCLUDING TIME | |
| MARGARET LORRAINE WILLIAMS, ) | | |
| ) | DATE: August 20, 2007 | |
| Defendant. ) | TIME: 8:30 a.m. | |
| ) | JUDGE: William B. Shubb | |

　　　IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MICHELLE RODRIGUEZ, Assistant United States Attorney, attorney for Plaintiff, and LINDA HARTER, Chief Assistant Federal Defender, attorney for defendant, Margaret Williams, that the current Status Conference date of July 23, 2007 be vacated, and a new Status Conference date of August 20, 2007 at 8:30 a.m. be set.

　　　This continuance is requested to allow defense counsel additional time to prepare, to review discovery, to conduct ongoing investigation, to interview potential witnesses, and to confer with Mrs. Williams.

　　　It is further stipulated and agreed between the parties that the

1 period beginning July 23, 2007 through and including August 20, 2007
2 should be excluded in computing the time within which the trial of the
3 above criminal prosecution must commence for purposes of the Speedy
4 Trial Act for defense preparation.  All parties stipulate and agree
5 that this is an appropriate exclusion of time within the meaning of
6 Title 18, United States Code, Section 3161(h)(8)(B)(iv) (Local Code T4)
7 and that the ends of justice to be served by a continuance outweigh the
8 best interests of the public and the defendant in a speedy trial.

Dated: July 19, 2007                    Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender


                                        /s/ Linda C. Harter
                                        LINDA HARTER
                                        Chief Assistant Federal Defender
                                        Attorney for Defendant
                                        MARGARET LORRAINE WILLIAMS

Dated: July 19, 2007
                                        MCGREGOR W. SCOTT
                                        United States Attorney


                                        /s/ Linda C. Harter for
                                        MICHELLE RODRIGUEZ
                                        Assistant U.S. Attorney

Stipulation & Order                2

**ORDER**

Based on the parties' stipulation and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety as its order.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

DATED:  July 22, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE