PROB 35                  **ORDER TERMINATING PROBATION**
                            **PRIOR TO EXPIRATION DATE**

---

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Docket Number: 2:07CR00200-01** |
| ) | |
| **MARGARET LORRAINE WILLIAMS** ) | |
| ) | |

On December 10, 2007, the above-named was placed on probation for a period of 5 years. She has complied with the rules and regulations of supervision. It is accordingly recommended that she be discharged from supervision.

                                   Respectfully submitted,

                                /s/    Cynthia J. Mazzei

                               **CYNTHIA J. MAZZEI
                              United States Probation Officer**

Dated:       May 1, 2009
              Sacramento, California
              CJM:jz

**REVIEWED BY:**     /s/    Kyriacos M. Simonidis
                         **KYRIACOS M. SIMONIDIS
                         Supervising United States Probation Officer**

**Re:** **Margaret Lorraine WILLIAMS**
**Docket Number: 2:07CR00200-01**
**ORDER TERMINATING PROBATION**
**PRIOR TO EXPIRATION DATE**

---

## ORDER OF COURT

It is ordered that Margaret Lorraine Williams be discharged from probation, and that the proceedings in the case be terminated.

Date: May 5, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE


Attachment: Recommendation
cc: United States Attorney's Office
 FLU Unit, AUSA's Office
 Fiscal Clerk, Clerk's Office